# United States District Court
## Northern District of Illinois
### Eastern Division



JUL 23 2003

Marcus Gregory

v.

John Oliver, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 00 C 5984

X     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.    JUL 23 2003

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the plaintiff and against defendant Gabriel Guzman on Plaintiff's claim of unlawful seizure and plaintiff is awarded $75,000 in compensatory damages. Final judgment is entered in favor of the defendants, Gabriel Guzman, Jon Oliver and Scott Chastain on Plaintiff's claim of excessive force.

Michael W. Dobbins, Clerk of Court

Date: 7/23/2003

Sandy Newland, Deputy Clerk

/07