UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCUS GREGORY, ) | |
| ) | |
| Plaintiff, ) | Case No. 00C 5984 |
| ) | |
| vs. ) | Judge Milton Shadur |
| ) | |
| JON OLIVER, SCOTT CHASTAIN, GABRIEL ) | |
| GUZMAN, AND THE CITY OF WAUKEGAN, ) | |
| ) | |
| Defendants. ) | Jury Trial |
| ) | |

### NOTICE OF FILING

**TO:** Angie Chen
Sperling & Slater
55 W. Monroe Street
Suite 3300
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on October 24, 2003, we filed with the United States District Court, Northern District of Illinois the Defendants' and Plaintiff's ,*"Stipulation to Dismiss Plaintiff's Complaint"* a copy of which is attached and hereby served upon you.

By: _____
One of the Attorneys for Defendants
Michael P. Latz

Mark F. Wolfe, Esq.
Michael P. Latz, Esq.
**Bollinger, Ruberry & Garvey**
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
Telephone: (312) 466-8000
Facsimile: (312) 466-8001

## CERTIFICATE OF SERVICE

I, Yvette Matuszewski, a non-attorney, being first duly sworn on oath state: I served this notice and the Defendants' and Plaintiff's *"Stipulation to Dismiss Plaintiff's Complaint"* by mailing copies to the attorney of record and depositing the same in the U.S. Mail at 500 West Madison Street, Chicago, Illinois at 5:00, on October 24, 2003, with proper postage prepaid to the following attorney of record:

        Angie Chen
        Sperling & Slater
        55 W. Monroe Street
        Suite 3300
        Chicago, Illinois 60603

*[signature: Yvette Matuszewski]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
OCT 24 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| MARCUS GREGORY, ) | |
| Plaintiff, ) | Case no. 1:00-cv-05984 |
| ) | |
| v. ) | Judge Shadur |
| ) | |
| JON OLIVER, SCOTT CHASTAIN, ) | |
| GABRIEL GUZMAN, and the ) | |
| CITY OF WAUKEGAN, ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COME THE PLAINTIFF AND THE DEFENDANTS, by and through their respective attorneys, Sperling & Slater, for the Plaintiff, and Bollinger, Ruberry & Garvey, for the Defendants, and pursuant to the compromise agreement reached by the parties at the post-trial conference, the parties stipulate and jointly move to dismiss this action with prejudice, and agree that the Court may vacate the judgment based on the verdict returned by the jury in favor of the compromise settlement reached by the parties. The parties request that this court retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement that the parties executed in conjunction with this stipulation and motion.

MARCUS GREGORY

_[signature]_

One of the Attorneys for Plaintiff

Bruce S. Sperling
Angie A. Chen
SPERLING & SLATER, P.C.
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
(312) 641-3200

JON OLIVER, SCOTT CHASTAIN,
GABRIEL GUZMAN, and the CITY OF
WAUKEGAN

_[signature]_

One of the Attorneys for Defendants

Mark F. Wolfe
Michael P. Latz
BOLLINGER, RUBERRY & GARVEY
500 W. Madison Street, Suite 2300
Chicago, IL 60661
(312) 466-8000